IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK SYLVESTER,** | CIV S-03-1301 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT P. RAWERS, Warden, et al.,** | |
| Respondents. | |

    The court hereby grants respondents' request for an enlargement of time by ten (10) additional court days for respondents to file a reply to petitioner's September 5, 2006 objections to the court's August 16, 2006 findings and recommendations.

IT IS SO ORDERED.

Dated: September 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order