IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK SYLVESTER,

      Petitioner,                    No. CIV-S-03-1301 GEB KJM P

   vs.

SCOTT P. RAWERS, et al.,

      Respondents.               ORDER

_____/

      The parties are informed that this matter is set for status conference on July 11, 2007 before the undersigned at 10:00 a.m. The parties should be prepared to discuss the possibility of the presentation of further evidence, including the possibility of an evidentiary hearing, as to whether a term of petitioner's plea agreement was that he would receive one day of good conduct sentence credit for every two days served in prison.

DATED: June 29, 2007.

                                                  U.S. MAGISTRATE JUDGE

1
sylv1301.sta