DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Petitioner
DEREK SYLVESTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SYLVESTER,<br><br>　　　　Petitioner,<br><br>v.<br><br>SCOTT P. RAWERS, et al.,<br><br>　　　　Respondents.<br>_____ | No. CIV S-03-1301 GEB KJM P<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING**<br><br>Judge: Kimberly J. Mueller |

　　　　By order filed June 29, 2007, this Court set an evidentiary hearing in this matter for September 10, 2007, at 10:00 a.m. Both petitioner, DEREK SYLVESTER, by and through his attorney, Assistant Federal Defender Ann C. M<sup>c</sup>Clintock and RESPONDENTS, by and through their attorney Deputy Attorney General Justain P. Riley hereby stipulate and agree to continue the evidentiary hearing to December 3, 2007, at 10:00 a.m.

/ / /

Both Petitioner and Respondents need additional time to prepare for the evidentiary hearing.

Dated: September 5, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ann C. M<sup>c</sup>Clintock
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender
Attorney for Petitioner
DEREK SYLVESTER

Dated: September 5, 2007

EDMUND G. BROWN, JR.
Attorney General

/s/ Justain P. Riley
JUSTAIN P. RILEY
Deputy Attorney General
Attorney for Respondents

\* \* \* \* \*

**O R D E R**

IT IS HEREBY ORDERED that the evidentiary hearing in this case, currently scheduled for September 10, 2007, shall be continued to December 3, 2007, at 10:00 a.m.

Dated: September 14, 2007.
nunc pro tunc to September 5, 2007

_____
U.S. MAGISTRATE JUDGE

*Sylvester v. Rawers*, CV S 03-1301
Stip & Order to Cont. Evidentiary Hearing             2