IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK SYLVESTER,

    Petitioner,                     2:03-cv-1301-GEB-KJM-P

    vs.

SCOTT P. RAWERS,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

1

1       For the reasons set forth in the magistrate judge's February 8, 2008 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4       IT IS SO ORDERED.
5  Dated: April 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge